[No. 6235-6-II. Division Two. July 25, 1984.]

THE PORT OF TACOMA, *Appellant*, v. HAMMERSCHMITH
LUMBER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 286393, Nile E. Aubrey, J., entered March 23,

1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Alexander, J. Pro Tem.